# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Nicholes,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-16-01068-PHX-DJH<br><br>**ORDER** |

　　　The Court having received the parties' Stipulation for Dismissal with Prejudice as to Experian Information Solutions, Inc., Only (Doc. 27),

　　　**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 27) and dismissing this action as to Defendant Experian Information Solutions, Inc. only, with prejudice, each party to bear its own attorneys' fees and costs.

　　　**Dated** this 25th day of August, 2016.

_(signature)_
Honorable Diane J. Humetewa
United States District Judge