Philip R. Wooten
Arizona State Bar No. 007006
philip.wooten@azbar.org
Philip R. Wooten PC
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403
Telephone: (480) 598-4330
Facsimile:  (480) 598-4331
**Counsel for Defendant Trans Union LLC**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARY NICHOLES,<br><br>                    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., an Ohio corporation,<br>TRANS UNION LLC, a Delaware limited<br>liability company, and<br>ARIZONA FEDERAL CREDIT UNION,<br>an Arizona company,<br><br>                    Defendants. | Case No.:  **2:16-cv-01068-DJH**<br><br><br>**STIPULATION FOR DISMISSAL<br>OF DEFENDANT TRANS UNION<br>LLC, ONLY, WITH PREJUDICE** |

        Plaintiff Mary Nicholes and Defendant Trans Union LLC ("Trans Union"),

through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that

Defendant Trans Union, only, be dismissed with prejudice from the above-captioned

action, with each party to bear its own attorneys' fees and costs, in accordance with the

form of dismissal order filed concurrently herewith.


. . .


. . .


. . .

8341777.1/SP/83057/2253/100616

DATED: October 14, 2016

By /s/ Philip R. Wooten [with permission]
Trinette G. Kent
**Kent Law Offices**
10645 N. Tatum Blvd. Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile:  (480) 717-4781
tkent@kentlawpc.com

**COUNSEL FOR PLAINTIFF**

By /s/ Philip R. Wooten
Philip R. Wooten
**Philip R. Wooten P.C.**
3413 E. Equestrian Trail
Phoenix, AZ  85044-3403
Telephone: (480) 598-4330
Facsimile:   (480) 598-4331
Philip.wooten@azbar.org

**COUNSEL FOR DEFENDANT TRANS UNION LLC**

By /s/ Philip R. Wooten [with permission]
Wade Michael Burgeson
**Engleman Berger PC**
3636 N. Central Ave., Suite 700
Phoenix, AZ 85012
Telephone: (602) 271-9090
Facsimile:  (602) 222-4999
wmb@eblawyers.com
**COUNSEL FOR ARIZONA FEDERAL CREDIT UNION**

8341777.1/SP/83057/2253/100616

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Trinette G. Kent
tkent@kentlawpc.com
**Kent Law Offices**
10645 N. Tatum Blvd, Ste. 200-192
Phoenix, AZ 85028
(480) 247-9644
(480) 717-4781 Fax
***Counsel for Plaintiff***

Wade Michael Burgeson
wmb@eblawyers.com
**Engleman Berger PC**
3636 N. Central Ave., Suite 700
Phoenix, AZ 85012
(602) 271-9090
(602) 222-4999 Fax
***Counsel for Arizona Federal Credit Union***

By  /s/  Philip R. Wooten

8341777.1/SP/83057/2253/100616

- 3 -