# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Nicholes,<br><br>           Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>           Defendants. | No. CV-16-01068-PHX-DJH<br><br>**ORDER** |

The Court having received the parties' Stipulation for Dismissal of Defendant Trans Union LLC, Only, with Prejudice (Doc. 35),

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 35) and dismissing this action as to Defendant Trans Union LLC **only, with prejudice,** each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate Defendant Trans Union LLC from this action.

**Dated** this 14th day of October, 2016.

Honorable Diane J. Humetewa
United States District Judge