# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Nicholes,<br><br>  Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>  Defendants. | No. CV-16-01068-PHX-DJH<br><br>**ORDER** |

The Court having received the parties' Stipulation for Dismissal with Prejudice as to Defendant Arizona Federal Credit Union (Doc. 39),

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 39) and dismissing this action as to Defendant Arizona Federal Credit Union only, **with prejudice,** each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 17th day of February, 2017.

_____
Honorable Diane J. Humetewa
United States District Judge